UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| v. | : | Hon. Faith S. Hochberg |
| DYSHAWN HINES | : | 04-756 (FSH) |
| | : | |

This matter having come before the Court upon the November 23, 2010 *pro se* request [docket #26] by Defendant Dyshawn Hines ("Defendant") for a sentencing adjustment pursuant to 18 U.S.C. §§ 3582, 3584 and U.S.S.G § 5G1.3 (b) and (c); and this Court having considered the Defendant's request and the Government's opposition thereto;

IT IS on this 10th day of February 2011

ORDERED that Defendant's November 23, 2010 request for a sentencing adjustment shall be and is hereby DENIED.

                                                                s/ Faith S. Hochberg
                                               Hon. Faith S. Hochberg
                                               United States District Judge