# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 04-756 (FSH) |
| DYSHAWN HINES. | **ORDER** |
| Defendant. | |

This matter having come before the Court by Defendant Dyshawn Hines, appearing *pro se*, by letter filed June 12, 2012 [Docket No. 32];

**IT IS** on this 15th day of June, 2012,

**ORDERED** that the Government submit a letter brief indicating their positions on this matter and citing any relevant case law no later than **Friday, June 29, 2012.**


　　　　　　　　　　　　　　　　　　　　　s/ Faith S. Hochberg
　　　　　　　　　　　　　　　　　　　　　United States District Judge