# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : |
|  | : Criminal No. 04-756 (FSH) |
| v. | : |
| DYSHAWN HINES, | : **ORDER** |
| Defendant. | : |

This matter having come before the Court upon the May 30, 2012 *pro se* request [docket no. 32] by Defendant Dyshawn Hines ("Defendant") for a correction of a clerical error pursuant to Federal Rule of Criminal Procedure 36; and this Court having reviewed and considered the Defendant's request and the Government's opposition thereto; and the Court concluding that the oral and written judgment of the sentencing hearing held on April 26, 2006 are consistent with one another;

**IT IS** on this 17th day of August, 2012;

**ORDERED** that the Defendant's request for a correction of a clerical error shall be and is hereby **DENIED.**

                                                      s/ Faith S. Hochberg
                                             United States District Judge