PROB 12A
(7/93)

# United States District Court

for

District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Dyshawn Hines            Cr.: 04-00756-001
                                                                             PACTS #: 38383

Name of Sentencing Judicial Officer:    THE HONORABLE FAITH S. HOCHBERG
                                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/26/2006

Original Offense: CONSPIRACY TO DISTRIBUTE MORE THAN 100 GRAMS OF HEROIN

Original Sentence: 121 months imprisonment, 48 months supervised release

Special Conditions: Alcohol Treatment, Drug Treatment, DNA testing, Financial Disclosure, Association Restrictions, Substance Abuse Testing, Fine, Special Assessment

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/31/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'ALCOHOL/DRUG TESTING AND TREATMENT' – You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or impatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Office shall supervise your compliance with this condition. |
| | During a visit to the offender's residence on March 10, 2016, a random urine sample was taken via a ten-panel instant test, which yielded a positive result for marijuana and PCP use. The offender admitted to the substance five days prior to being tested. |

U.S. Probation Officer Action:

The offender was verbally reprimanded for his actions and advised that the Court will be notified of his non-compliance. The Probation Office will continue to monitor the offender and increase urine monitoring for illegal substances. We respectfully request no Court intervention at this time, and we will keep the Court apprised of any future non-compliance.

---

Prob 12A – page 2
Dyshawn Hines

Respectfully submitted,

By: Andrea Shumsky
U.S. Probation Officer
Date: 03/21/2016

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

April 4, 2016
Date